

ORDERED in the Southern District of Florida on May 13, 2016.

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF FLORIDA
Fort Lauderdale DIVISION

In re:                                                                 CASE NO: 15-28087-JKO
                                                                       CHAPTER 13
Israel Colon,

    Debtor(s)
_____/

### ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM (CLAIM NO. 2-1)

**THIS CASE** came before the Court for hearing on May 2, 2016 upon the *Motion to Allow Late Filed Claim (D.E. 47)* filed by Citibank, N.A. ("Movant"), and the Court having heard argument of counsel, and being otherwise more fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is Granted.

2. Claim No. 2-1 is allowed as a timely-filed claim

###

**Order submitted by:**

Shaina Druker, Esquire
Attorney for Movant
Brock & Scott, PLLC
PO. Box 25018
Tampa, FL 33622
Phone: (813) 251-4766 Ext. 4740
Floridabklegal@brockandscott.com

**Shaina Druker, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Israel Colon
 9670 NW 20 Pl, Sunrise, FL 33322


Conwade D. Lewis, Esq.
 3500 N State Rd 7 Ste#480, Lauderdale Lakes, FL 33319

Robin R Weiner
 POB 559007, Fort Lauderdale, FL 33355

Office of the US Trustee
 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130