**ORDERED in the Southern District of Florida on May 12, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re: CASE NO: 15-28087-JKO
CHAPTER 13

ISRAEL COLON,

Debtor
_______________________________________/

**ORDER GRANTING MOTION FOR RELIEF**
**FROM THE CO-DEBTOR STAY IN FAVOR OF CITIBANK, N.A.**
**(Re: 9670 Northwest 20th Plaza, Sunrise, FL 33322)**

**THIS CASE** came before the Court for hearing on May 8, 2017 at 1:00 P.M. upon the *Motion for Relief from the Co-Debtor Stay* (“the Motion”) (D.E. 89) filed by Citibank, N.A. (“Secured Creditor”), its successors and/or assigns, and the Court having heard argument of counsel, and being otherwise more fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion (D.E. 89) is GRANTED.

2. The co-debtor stay arising by reason of 11 U.S.C. § 1301 is terminated as to Adalgidza Colon (the “Co-debtor”) with respect to the real property located at 9670 Northwest 20th Plaza, Sunrise, FL 33322 (the “Property”), which is legally described as:

**LOT 28, BLOCK 23, SUNRISE GOLF VILLAGE SECTION TWENTY ONE PART THREE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 78, PAGE 43, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3. The co-debtor stay is modified for the sole purpose of allowing the Secured Creditor, its successors and assigns, to complete in rem relief, to take any and all steps necessary to exercise any rights it may have in the Property, to gain possession of the Property, and to have in rem relief in accordance with non-bankruptcy law.

###

**Order submitted by:**

Neisi I. Garcia Ramirez, Esquire
Attorney for Movant
Brock & Scott, PLLC
1501 NW 49th Street, Suite200
Ft. Lauderdale, FL 33309
Phone: (813) 251-4766 Ext: 4706
Floridabklegal@Brockandscott.com

**Neisi I. Garcia Ramirez, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Israel Colon, 9670 NW 20 Pl, Sunrise, FL 33322

Adalgidza Colon, 9670 NW 20 Pl, Sunrise, FL 33322

Conwade D. Lewis, Esq., 3500 N State Rd 7 Ste#480, Lauderdale Lakes, FL 33319

Robin R Weiner, Trustee, POB 559007, Fort Lauderdale, FL 33355

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130